# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 28, 2005

129765-7

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

———————————————————————

IN RE JANUARY DAVID, EGYPTIAN DAVID,
and SHAQUAN JOHNSON, Minors.

———————————————————————

FAMILY INDEPENDENCE AGENCY,
      Petitioner-Appellee,

v

                                  SC: 129765-7
                                  COA: 261032, 261033, 261034
                                  Kent Circuit Court
                                  Family Division: 04-050579-NA
                                                                04-050580-NA
                                                                 04-050582-NA

JERRY DAVID,
      Respondent-Appellant,

and

VERONICA JOHNSON and LES MILES,
      Respondents.
_____/

      On order of the Court, the application for leave to appeal the October 4, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s1122

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 28, 2005 _____

_Corbin R. Davis_
                 Clerk